## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Wanda F. Young,

      Plaintiff,                Civil No. 08-1984 (RHK/SRN)

vs.                         **DISQUALIFICATION AND**
                         **ORDER FOR REASSIGNMENT**

Wyeth, Inc., Wyeth Pharmaceuticals,
Inc., Pfizer, Inc., Pharmacia & Upjohn
Company, LLC,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of
the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned
recuses himself from hearing this matter.  Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of
Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted
to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card
in the Master Deck for the undersigned.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in
the above-captioned case.

Dated:  June 13, 2008

                         s/Richard H. Kyle
                         RICHARD H. KYLE
                         United States District Judge